IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number _____

(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. **PARTIES**

A. Plaintiff:

1. (a) **Marlon Bacote** (Name) (801 Sanderson Rd.)   (b) **#1120860** (Inmate number)

   (c) **I.C.C.C. P.O. Box 16481** (Address)

   **Chesapeake, VA 23328**

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B. Defendant(s):

1. (a) **James Parks** (Name)   (b) **Director of Offender Management Services** (Title/Job Description)

   **Virginia Dept. of Corrections**
   (c) **P.O. Box 26963** (Address)

   **Richmond, VA 23261**


RECEIVED JUL 24 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

2

2. (a) _____    (b) _____
       (Name)                        (Title/Job Description)

   (c) _____
       (Address)

   _____

3. (a) _____    (b) _____
       (Name)                        (Title/Job Description)

   (c) _____
       (Address)

   _____

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

II.   **PREVIOUS LAWSUITS**

A.   Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [✓]

B.   If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

   2. Court (if federal court, name the district; if state court, name the county):

   _____

   3. Date lawsuit filed: _____

   4. Docket number: _____

3

5. Name of Judge to whom case was assigned: _____

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) : _____

### III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: Haynesville Correctional Unit 17 in Haynesville, Virginia

B. Does the institution listed in "A" have a grievance procedure? Yes [✓] No [ ]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [✓] No [ ]

2. If so, where and when: April 6, 2019 at Haynesville Corr. Unit 17

3. What was the result? Unanswered

4. Did you appeal? Yes [✓] No [ ]

5. Result of appeal: Sent to Mr. James Parks by U.S. Mail on 4/14/19 at VA Dept. of Corrections but has gone unanswered as of 7/20/19.

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ] No [ ]

If your answer is Yes, what steps did you take? _____

E. If your answer is No, explain why you did not submit your complaint to the prison authorities: _____

4

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

I, Marlon Bacote (Plaintiff), was sentenced to 4 years and 4 months in the Circuit Court of Hampton, VA on June 20, 2018. Plaintiff sent letters to Mr. James Parks (Defendant) and the Court and Legal Dept. of VA D.O.C. on 7-16-18 and 7-22-18 informing them of time served concerning the 6-20-18 sentencing. On 8-7-18 plaintiff sent a letter to Congressman Robert "Bobby" Scott concerning issues w/ his sentence and time credit. On August 23, 2018 James Parks, Director of O.M.S. sent response to me (plaintiff) and Bobby Scott detailing why time credit and my transfer were still pending. In February and March of 2019' plaintiff sent a VA D.O.C. Court and Legal Jail Credit Form to Defendant, and they were both returned in May of 2019' with a response that they are "unable to answer specific questions regarding my total sentence" and "my release date has not yet been calculated." This action of gross negligence on the part of the defendant is a violation of plaintiff's 5th and 8th Constitutional amendment. The 5th and due process is violated because plaintiff sits in prison without a release date for over a year but doesn't have a life sentence. The 8th amendment is violated because of plaintiff's documented mental health and mental anguish from the cruelty of being told he will never go home, but only serving a 4 yr. sentence.

5

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. __MB__ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

__✓__ Award money damages in the amount of $ 40,000.00

__✓__ Grant injunctive relief by Demanding a release date be calculated

__✓__ Other Audit the O.M.S. Court + Legal Section of D.O.C.

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

January 4, 2019 sent from Hampton Correctional Facility to VA D.O.C. intake at Nottoway Correctional Center. 1-29-19 sent to Haynesville Corr. Unit 17 and on 6-11-19 sent to Indian Creek Corr. Center

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [✓] No [ ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this __20th__ day of __July__, 20 __19__.

Plaintiff __Marlon Bagota__